# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 12-52 Erie |
| | ) |
| JAMES LAMONT JOHNSON, | ) |

## ORDER

James Lamont Johnson has filed a Motion to Unseal Documents in which he requests that we unseal Document No. 1, the original Complaint filed in this case prior to an indictment being issued, and Document 81, a document marked as SEALED, and for the Judge's Eyes Only. (ECF No. 104). There is no basis for unsealing Document 81, which is a confidential document prepared by the Probation Office for consideration by the Judge. This document is not meant to be viewed by either party or anyone else, absent special circumstances not present here.

As for the Complaint in Document 1, we note that we have denied as moot Mr. Johnson's first motion to unseal this document as the case had already been ordered unsealed. However, the document remains as sealed on the docket. Accordingly, the following order is entered.

AND NOW, to-wit, this 27th day of July 2015, it is hereby ORDERED, ADJUDGED and DECREED that the Motion to Unseal Documents is GRANTED in part and DENIED in part.

The Motion to unseal is GRANTED with respect to the request to unseal Document 1. The Clerk of Court is hereby DIRECTED to unseal Document 1 and to mail a Copy of said document to Defendant.

The Motion to Unseal is DENIED in all other respects.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc: James Lamont Johnson, pro se
No. 20078-068
CCA Northeast Ohio Corrections
2240 Hubbard Road
Youngstown, OH 44505